IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN CHARLESTON

**ROBERT DIXON,**

    **Plaintiff,**

v.                                                       Civil Action No. 2:20-cv-00379

**PATROLMAN M.W. FISHER,
PATROLMAN PERRY, and
DETECTIVE J.D. LUCAS,**

    **Defendants.**

## ORDER OF DISMISSAL

NOW COMES the Plaintiff, Robert Dixon, by counsel, Paul E. Stroebel, and the Defendants, Patrolman M.W. Fisher, Patrolman Perry, and Detective J.D. Lucas, by and through counsel, Duane J. Ruggier II, Drannon L. Adkins and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this action, with prejudice.

The Court being advised of the premises herein and finding no objection thereto, it is hereby **ORDERED** that this action is hereby **DISMISSED**, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send attested copies of this Order to all counsel of record.

Entered this 23 day of Nov, 2021.

                                                                        **HONORABLE JOSEPH R. GOODWIN**

Prepared and submitted by:

/s/ Duane J. Ruggier II
Duane J. Ruggier II, Esquire WVSB #7787
Evan S. Olds, Esquire WVSB#12311
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant*

Inspected and approved by:

/s/ Paul E. Stroebel
Paul E. Stroebel, Esquire WVSB #13269
Stroebel & Stroebel, PLLC
405 Capitol Street, Suite 102,
Charleston, WV 25301
*Counsel for Plaintiff*

2